**Opinion issued March 6, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00179-CV**

———————————

**IN RE JUSTIN CARL PFEIFFER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Justin Carl Pfeiffer filed a petition for writ of mandamus requesting we order "the trial court to rule on Relator's plea prior to proceeding with any merits-based issues respecting the counterclaims and motion for sanctions," filed by Real Parties in Interest David H. Berg and David H. Berg & Associates PC, doing business as Berg & Androphy.[1]

---

[1] The underlying case is *Justin Carl Pfeiffer v. David H. Berg and David H. Berg & Associates PC, doing business as Berg & Androphy*, Cause No. 2022-60439,

We deny the petition. TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

pending in the 269th District Court of Harris County, Texas, the Honorable Cory Sepolio presiding.